# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146867(50)

MATTHEW MAKOWSKI,
      Plaintiff-Appellant,

v

GOVERNOR and SECRETARY OF STATE,
      Defendants-Appellees.
_____/

SC: 146867
COA: 307402
Ingham CC: 11-000579-CZ

On order of the Chief Justice, the motion and supplement to motion of defendants-appellees to extend the time for filing their brief are GRANTED. The brief submitted on October 18, 2013, is accepted for filing. On further order of the Chief Justice, the request for oral argument pursuant to MCR 7.312(B)(2) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk